# **AFFIDAVIT OF SERVICE**

UNITED STATES DISTRICT COURT
MIDDLE District of Florida

Case Number: 8:20-CV-01653-T-60TGW

Plaintiff:
**ELAINE IDZINSKI, individually and on behalf of others similarly situated**

vs.

Defendant:
**STEVEN C. ROBERTS**

For:
WOLFGANG FLORIN
FLORIN GRAY BOUZAS OWENS, LLC
16524 POINTE VILLAGE DRIVE
SUITE 100
LUTZ, FL 33558

Received by Professional Investigative Group on the 21st day of July, 2020 at 10:57 am to be served on **STEVEN C. ROBERTS, 13508 INDIAN OAKS TRAIL, LARGO, FL 33774**.

I, Crystal Weedon, being duly sworn, depose and say that on the **22nd day of July, 2020** at **10:00 am, I:**

**AUTHORIZED:** served by delivering a true copy of the **SUMMONS AND COMPLAINT** with the date and hour of service endorsed thereon by me, to: **CARYN BUINER** as **Care Giver Co-resident**, who stated they are authorized to accept service for: **STEVEN C. ROBERTS** at the address of: **13508 INDIAN OAKS TRAIL, LARGO, FL 33774**, and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, recipient is not in the military service of the United States of America.

**Marital Status:** Based upon inquiry of party served, Defendant is not married.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

F.S. 92.525: Under penalties of perjury, I declare that I have read the foregoing and that facts stated in it are true, followed by the signature of the person making the declaration, except when a verification on information or belief is permitted by law, in which case the words: "to the best of my knowledge and belief" may be added.

_Crystal L Weedon_
**Crystal Weedon**
22837

**Professional Investigative Group**
6151 Lake Osprey Drive
3rd Floor
Sarasota, FL 34240
(877) 733-2296

Our Job Serial Number: PIC-2020003194

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1c