UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ELAINE IDZINSKI, Individually
and on behalf of others similarly situated,

    Plaintiff,                                      Case No.: 8:20-cv-1653-T-60TGW

v.

STEVEN C. ROBERTS, individually,

    Defendant.
_____/

## ANSWERS TO COURT'S INTERROGATORIES

    COMES NOW Plaintiff, Elaine Idzinski, by and through her undersigned attorneys and hereby files her Answers to Court's Interrogatories in the above-styled case.

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on August 5, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

                                                FLORIN GRAY BOUZAS OWENS, LLC

                                                /s/Wolfgang M. Florin
                                                Wolfgang M. Florin
                                                Florida Bar No. 907804
                                                wolfgang@fgbolaw.com
                                                Christopher D. Gray
                                                Florida Bar No.: 0902004
                                                chris@fgbolaw.com
                                                16524 Pointe Village Drive, Suite 100
                                                Lutz, FL 33558
                                                Telephone (727) 254-5255
                                                 Facsimile (727) 483-7942
                                                Attorneys for Plaintiff

# COURT'S INTERROGATORIES TO PLAINTIFF - ELAINE IDZINSKI

1. During what period of time were you employed by the Defendant?

   **Approximately February 2015 – December 26, 2019**

2. Who was your immediate supervisor?

   **Steven Roberts**

3. Did you have a regularly scheduled work period? If so, specify.

   **In the beginning, I worked every day except Wed. & Sundays.
   I worked 40 plus hours per week. No overnight shifts.**

   **Beginning in 2018, I began working 72-hour shifts.**

4. What was your title or position? Briefly describe your job duties.

   **CNA/Caregiver**

   **Medication reminders, assisting with hygiene. Cleaning, laundry, cooking, etc.**

   **I would drive the Defendant to any destination that he needed to go, such as doctors' appointments. I would use my own car to take him.**

5. What was your regular rate of pay?

   **When I started I was making $15.00 per hour.
   My pay then went up to $18.00 per hour.
   By 2018 I was at making $19.50 per hour.**

6. What is the nature of your claim (check all that apply)?

   __X__ Off the clock work (Defendant failed to record, or prohibited you from recording, all of your working time;

   __X__ Misclassification (Defendant mistakenly classified you as exempt from overtime);

   __X__ Miscalculation (Defendant failed to correctly calculate your compensation);

   _____ Other (Please describe):

7. Provide an accounting of your claim, including:

   (a) dates worked;
   (b) regular hours worked;
   (c) over-time hours worked;
   (d) pay received versus pay claimed; and
   (e) total amount claimed

   **a. February 2015 to December 26, 2019.**

   **b. 40 hours per week.**

   **c. Approximately 120 per month of unpaid services from January 2018 to December 26, 2019.**

   **d. I would receive $320.00 per 24-hour shift.**

   **e. $19.50 x 120 hours per month x 24 months x 1.5 x 2 for liquidated damages.**

8. If you have brought this case as a collective action:

   (a) Describe the class of employees you seek to include in this action.

   **CNA/Caregiver**

   (b) Has an opt-in notice been filed for every potential opt-in Plaintiff who has identified himself or herself as a person who wished to join this action?

   **Yes.**

9. Please specify all attorney's fees and costs incurred to date. With respect to attorneys' fees, please provide the hourly rate(s) sought and the number of hours expended by each person who has billed time to this case.

    **Wolfgang M. Florin: 10 hours at $500.00 per hour**

    **Costs: $845.00**

10. When did you (or your attorney) first complain to your employer about alleged violations of the FLSA?

    **I started complaining approximately the end of 2018 or the beginning of 2019.**

11. Was this complaint written or oral? (If a written complaint, please attach a copy).

    **Oral**

12. What was your employer's response? (If a written response, please attach a copy).

    **My employer would keep saying: We'll work it out.**
    **Toward the end he said: If you have a problem with it just cut your hours.**

_____
ELAINE IDZINSKI

Elaine Idznski
Plaintiff's Printed Name

State of Florida
County of Pinellas

**BEFORE ME**, the undersigned authority, on this day, personally appeared Elaine Idzinski, who being first duly sworn, and ___ who is personally known to me or ✓ who produced Florida drivers Lic as identification, deposes and says that she has read the foregoing Answers to Interrogatories, knows the contents of same, and to the best of her knowledge and belief, the same are true and correct.

**SWORN TO AND SUBSCRITED** before me this 5 day of August 2020.

NOTARY PUBLIC

_____
Signature of Person Taking Acknowledgement
Print Name:
Title: Notary Public
Serial No. (if any):
Commission Expires:

**Notary Stamp**



VIOLA S. ALLEY
Commission # GG 257636
Expires November 2, 2022
Bonded Thru Troy Fain Insurance 800-385-7019