UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ELAINE IDZINSKI,

    Plaintiff,

v.                                                Case No. 8:20-cv-1653-T-60TGW

STEVEN C. ROBERTS,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the report and recommendation of Thomas G. Wilson, United States Magistrate Judge, entered on December 9, 2020.  (Doc. 25).  Judge Wilson recommends that the "Joint Motion for Approval of FLSA Release and Settlement Agreement" (Doc. 20) be granted and that the settlement be approved.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); *Williams v. Wainwright*, 681 F.2d 732 (11th Cir. 1982).  In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, *Garvey v. Vaughn*, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject, or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C).  The district judge reviews legal conclusions *de novo*, even in the absence of an objection. *See Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994); *Castro Bobadilla v. Reno*, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), *aff'd*, 28 F.3d 116 (11th Cir. 1994) (table).

Upon consideration of the record, including Judge Wilson's report and recommendation, the Court adopts the report and recommendation. The Court agrees with Judge Wilson's detailed and well-reasoned findings and conclusions, including that the settlement agreement constitutes a fair and reasonable compromise of the dispute. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982). Consequently, the joint motion for approval of settlement is granted, and the settlement agreement is approved.

Accordingly, it is

**ORDERED**, **ADJUDGED**, and **DECREED**:

1. Judge Wilson's report and recommendation (Doc. 25) is **AFFIRMED** and **ADOPTED** and **INCORPORATED BY REFERENCE** into this Order for all purposes, including appellate review.

2. The "Joint Motion for Approval of FLSA Release and Settlement Agreement" (Doc. 20) is **GRANTED**. The settlement agreement (Doc. 20-1) is **APPROVED**.

3. The Clerk is directed to terminate any pending motions and deadlines, and thereafter close this case.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 10th day of December, 2020.

        **TOM BARBER**
        **UNITED STATES DISTRICT JUDGE**